UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-22183-CV-KING/WHITE

CHRISTOPHER URIAH ALSOBROOK,

    Plaintiff,

v.

SGT. ALVARADO, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Patrick A. White's July 28, 2010 Report and Recommendation (DE #7) on Defendant's Complaint (DE #1) seeking relief for violations of the Civil Rights Act, 28 U.S.C. § 1983. Objections to the Report and Recommendation were due by August 16, 2010. No parties to this action filed any objections.

After a careful review of Magistrate Judge White's Report and Recommendation, the Court concludes that Magistrate Judge White's Report and Recommendation is a thorough and accurate reflection of both the record and the law at issue. Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. Magistrate Judge White's Report and Recommendation (DE #7) is hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2. Plaintiff has stated a claim of endangerment against Officer Alvarado and a claim for failure to intervene against Officer Medina.

3. The above-styled action shall proceed against these named defendants.

**DONE AND ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this 19th day of August, 2010.

*[signature]*

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc:

**Magistrate Judge Patrick A. White**

**Plaintiff,** *pro se*
**Christopher Uriah Alsobrook**
DC #D09876
Suwannee Correctional Institution
5964 U.S. Highway 90
Live Oak, FL 32060

2